UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 16-790-MWF(DTBx)**                                    Dated: **October 6, 2016**

Title:       Unicolors, Inc. -*v*- National Stores, Inc., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                              None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

    In light of the Mediation Report filed October 4, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **November 7, 2016 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

    **IT IS SO ORDERED**.

MINUTES FORM 90                                          Initials of Deputy Clerk   cw
CIVIL - GEN