UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

Case No.  **CV 16-790 MWF (DTBx)**  Date: November 22, 2016

Title  **Unicolors, Inc. ~v~ National Stores, Inc., et al.**

Present: The Honorable:  MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings (IN CHAMBERS):**  **DISMISSAL FOR LACK OF PROSECUTION**

The Court previously ordered Plaintiff to show cause, in writing, no later than **November 18, 2016,** why this action should not be dismissed for lack of prosecution. (Docket No. 27). The Court stated that failure to comply with this Order would result in the dismissal of this action.

Plaintiff has failed to file an appropriate response to the Order to Show Cause. Accordingly, the Court **ORDERS** that this case be **DISMISSED** for failure to prosecute and failure to obey this Court's orders. Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.